**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6979**

---

ROBERT A. CUFFEE,

 Plaintiff - Appellant,

 versus

DOCTOR ODIMSE, Medical Director; MARY
TAKNOWSKI, Medical Department Head; PHYLLIS
PATTSON, Nurse; ERIC L. BOOKER, Correctional
Officer,

 Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-01-70-1)

---

Submitted: October 18, 2001       Decided: October 26, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert A. Cuffee, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert A. Cuffee appeals from the district court's order dismissing without prejudice his action pursuant to 42 U.S.C.A. § 1983 (West Supp. 2001) for failure to pay a filing fee or seek leave to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Cuffee's motion to compel and affirm on the reasoning of the district court. <u>Cuffee v. Odimse</u>, No. CA-01-70-1 (E.D. Va. May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2